UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEMOS P. DEMOPOULOS, VICTOR
CASTELLANO, STEVEN GOLDMAN and
VINCENT THEURER, as Trustees and Fiduciaries
of the LOCAL 553 PENSION FUND; and as
Trustees and Fiduciaries of the LOCAL 553
DEFERRED COMPENSATION FUND; and as
Trustees and Fiduciaries of the LOCAL 553
BENEFITS FUND,
                           Plaintiffs,

Index No. 1:18-cv-04236-GHW

- against -

INTERBORO FUEL CORP.,

                           Defendant.
-------------------------------------------------------------X

## STIPULATION OF DISMISSAL

Plaintiffs, the Trustees and Fiduciaries of the Local 553 Pension, Benefits, and Deferred Compensation Funds, through their attorneys, Friedman & Anspach, and Defendant Interboro Fuel Corp., through its attorneys, Trivella & Forte hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs' claims against Defendant in the above-captioned matter are dismissed, with prejudice and without costs.

_____
Amanda Bell (AB-1216)
Friedman & Anspach
1500 Broadway, Suite 2300
New York, NY 10036
212-354-4500
Attorneys for Plaintiffs
Date: August 2, 2019

_____
Arthur J. Müller III
Trivella & Forte, LLP
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
914-949-9075
Attorneys for Defendant
Date: August 2, 2019